United States District Court
Southern District of Texas
**ENTERED**
December 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kamara Jenae Tierney Crawford, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action H-24-4748 |
| | § | |
| BMW Financial Services NA, LLC, | § | |
| *Defendant*. | § | |

### ORDER

On December 11, 2024, Magistrate Judge Peter Bray recommended that the court deny Plaintiff's Emergency Motion for a Temporary Restraining Order. ECF No. 14. Plaintiff filed a Motion to Reconsider and Objection to the Magistrate Judge Rulings. ECF No. 35. The objections are **OVERRULED**. The court **ADOPTS** the memorandum and recommendation as its memorandum and opinion.

On December 23, 2024, Plaintiff filed an Amended Emergency Motion for a Temporary Restraining Order, ECF No. 30, and a Motion for Leave to File an Amended Motion for Temporary Restraining Order, ECF No. 31. The motions are **DENIED**. Neither motion introduces facts or argument sufficient to warrant the issuance of a temporary restraining order.

Plaintiff's objection to the court's reference of the case to Magistrate Judge Bray is **OVERRULED**. Judge Bray will continue to manage the case pretrial.

Plaintiff's Objection to Magistrate Judge's Order Granting Arbitration, ECF No. 34, is **OVERRULED**. The court has not yet ruled on the pending motion to compel arbitration.

Signed at Houston, Texas, on December 30, 2024.

_____
Sim Lake
Senior United States District Judge